Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMARI SAMPSON, an individual, | Case No. CV 10-5364 JFW (JCGx) |
| Plaintiff, | Hon. John F. Walter |
| vs. | **ORDER FOR DISMISSAL** |
| AMERICAN HERITAGE LIFE INSURANCE COMPANY, a corporation; and DOES 1 through 30, inclusive, | |
| Defendants. | |

Pursuant to a stipulation of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 14, 2011

_____
HON. JOHN F. WALTER
United States District Judge